AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>*Plaintiff(s)*<br>v.<br>TELIT COMMUNICATIONS PLC AND TELIT WIRELESS SOLUTIONS HONG KONG LIMITED,<br><br>*Defendant(s)* | Civil Action No. 6:21-cv-1336-ADA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Telit Wireless Solutions Hong Kong Limited
SERVE: Texas Secretary of State
James E. Rudder Building
1019 Brazos Street, Room 105
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: American Patents LLC
c/o ANTONELLI, HARRINGTON & THOMPSON LLP
4306 Yoakum Blvd., Suite 450
Houston, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/24/2022

*L Diaz*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21-cv-1336

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Telit Wireless Solutions Hong Kong Limited was received by me on *(date)* Jan 25, 2022, 3:28 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Michelle Robinson , who is designated by law to accept service of process on behalf of *(name of organization)* Telit Wireless Solutions Hong Kong Limited on *(date)* Wed, Jan 26 2022 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01/27/2022

*Server's signature*

Chris Dathe

*Printed name and title*

1108 Lavaca St Ste 110-440, Austin, TX 78701

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 26, 2022, 1:04 pm CST at Texas Secretary of State: 1019 Brazos St Room 105, Austin, TX 78701 received by Michelle Robinson. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 180 lbs; Height: 5'8"; Hair: Blond; Relationship: Designated Agent for TX SOS Citations Unit;

DOCUMENTS SERVED: Summons; Original Complaint for Patent Infringement