IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br> Plaintiff,<br><br>v.<br><br>TELIT COMMUNICATIONS PLC AND TELIT WIRELESS SOLUTIONS HONG KONG LIMITED,<br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1336-ADA<br><br>Patent Infringement |

**AGREED NOTICE EXTENDING TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

TELIT COMMUNICATIONS PLC AND TELIT WIRELESS SOLUTIONS HONG KONG LIMITED, Defendants herein, without waiving any defenses described or referred to in Rule 12, Federal Rules of Civil Procedure, or any other available defenses, and pursuant to this Court's Amended Standing Order Regarding Deadlines, notifies this Court and the District Clerk that the parties have agreed to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint for Patent Infringement. In support of its notice Defendant Roku states the following:

 1. The current deadline to answer or otherwise respond to Plaintiff's Original Complaint is May 12, 2022.

 2. Counsel for Plaintiff has agreed to a fifteen (15) day extension of the applicable response deadlines to and including May 27, 2022.

 3. The agreement to extend the deadline to answer or otherwise respond should not be construed as a waiver of Defendants' rights or available defenses, including for

instance, Defendants' right to file appropriate counterclaims, assert affirmative defenses, or otherwise challenge the validity of the asserted patents.

WHEREFORE, Defendants. respectfully requests that the Clerk of the Court reset the stated deadlines in which Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint for Patent Infringement be extended to and include May 27, 2022.

        Respectfully Submitted,

        */s/ David N. Deaconson*
**DAVID N. DEACONSON**
Texas Bar Card No. 05673400
deaconson@pakislaw.com

PAKIS, GIOTES, PAGE & BURLESON, P.C.
P.O. Box 58
Waco, Texas 76703-00058
(254) 297-7300
(254) 297-7301 *Facsimile*

Local Counsel for Defendants, Telit Communications Plc and Telit Wireless Solutions Hong Kong Limited