# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TELIT COMMUNICATIONS PLC AND TELIT WIRELESS SOLUTIONS HONG KONG LIMITED,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-cv-1336-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED SCHEDULING ORDER

As required by the Standing Order Governing Proceedings, the parties have conferred regarding submission of an agreed proposed Scheduling Order. The parties jointly submit the agreed proposed Scheduling Order, which is attached as Exhibit A, and respectfully request its entry in the above-captioned cases.

Dated: June 30, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Zachariah S. Harrington*

　　　　　　　　　　　　　　　　　　　　Zachariah S. Harrington
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24057886
　　　　　　　　　　　　　　　　　　　　zac@ahtlawfirm.com
　　　　　　　　　　　　　　　　　　　　Matthew J. Antonelli
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24068432
　　　　　　　　　　　　　　　　　　　　matt@ahtlawfirm.com
　　　　　　　　　　　　　　　　　　　　Larry D. Thompson, Jr.
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24051428

larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON & THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*

/s/ *David N. Deaconson*
David N. Deaconson
Texas Bar Card No. 05673400
deaconson@pakislaw.com

PAKIS, GIOTES, PAGE & BURLESON, P.C.
P.O. Box 58
Waco, Texas 76703-00058
(254) 297-7300
(254) 297-7301 *Facsimile*

Local Counsel for Defendants, Telit Communications Plc and Telit Wireless Solutions Hong Kong Limited

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      */s/ Zachariah S. Harrington*
                                      Zachariah S. Harrington