# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TELIT COMMUNICATIONS PLC AND TELIT WIRELESS SOLUTIONS HONG KONG LIMITED,<br><br>    Defendants. | CIVIL ACTION NO. 6:21-cv-1336-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE REGARDING UNOPPOSED REQUEST TO EXTEND DEADLINES

Plaintiff American Patents LLC ("American") provides notice to the Court that the parties have agreed to a one-week extension for the jurisdictional discovery period and for American's response to Defendants' Motion to Dismiss. Particularly, American and Defendants Telit Communications PLC and Telit Wireless Solutions Hong Kong Limited have agreed to extend the expiration of the jurisdictional discovery period until Friday, August 12, 2022 and to extend the deadline for American to respond to Defendants' Motion to Dismiss until August 26, 2022. Pursuant to the Court's Standing Order Regarding Joint Or Unopposed Requests to Change Deadlines, counsel for the parties further certify that this extension does not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: August 1, 2022

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com

>Zachariah S. Harrington
>Texas Bar No. 24057886
>zac@ahtlawfirm.com
>Larry D. Thompson, Jr.
>Texas Bar No. 24051428
>larry@ahtlawfirm.com
>Christopher Ryan Pinckney
>Texas Bar No. 24067819
>ryan@ahtlawfirm.com
>
>ANTONELLI, HARRINGTON
>& THOMPSON LLP
>4306 Yoakum Blvd., Ste. 450
>Houston, TX 77006
>(713) 581-3000
>
>Stafford Davis
>State Bar No. 24054605
>sdavis@stafforddavisfirm.com
>Catherine Bartles
>Texas Bar No. 24104849
>cbartles@stafforddavisfirm.com
>THE STAFFORD DAVIS FIRM, PC
>815 South Broadway Avenue
>Tyler, Texas 75701
>(903) 593-7000
>
>*Attorneys for American Patents LLC*