IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS,<br><br>    Plaintiff,<br><br>v.<br><br>TELIT COMMUNICATIONS PLC AND TELIT WIRELESS SOLUTIONS HONG KONG LIMITED,<br><br>    Defendants. | CIVIL ACTION NO. 6:21-CV-01336-ADA<br><br>Patent Infringement<br><br>JURY TRIAL DEMANDED |

**AGREED NOTICE EXTENDING TIME TO FILE PRELIMINARY INVALIDITY CONTENTIONS AND RELATED DOCUMENT PRODUCTION**

AMERICAN PATENTS, Plaintiff, and TELIT COMMUNICATIONS PLC and TELIT WIRELESS SOLUTIONS HONG KONG LIMITED (collectively "TELIT"), Defendants herein, notify this Honorable Court that the parties are in settlement discussions and as a result thereof, the parties have agreed to extend the deadline for Defendants to serve their preliminary invalidity contentions and any production of invalidity related documents. In support of this notice Defendants TELIT state the following:

1. The parties are in active settlement negotiations.

2. The current deadline for Defendants to serve their preliminary invalidity contentions and produce core technical documents is August 5, 2022.

3. Counsel for Plaintiff has agreed to a fourteen (14) day extension of the applicable deadlines to and including August 19, 2022 to complete settlement or serve the preliminary invalidity contentions and related documents, including core technical documents.

4. The extension of this deadline will not adversely impact any hearing or trial related deadlines.

WHEREFORE, Defendants respectfully request that the Clerk of the Court reset the stated deadline in which Defendants are required to serve upon Plaintiff Defendants' preliminary invalidity contentions and any documents related thereto to and including **August 19, 2022.**

Respectfully Submitted,

*/s/ David N. Deaconson*

**DAVID N. DEACONSON**
Texas Bar Card No. 05673400
deaconson@pakislaw.com

PAKIS, GIOTES, PAGE & BURLESON, P.C.
P.O. Box 58
Waco, Texas 76703-00058
(254) 297-7300
(254) 297-7301 *Facsimile*

Local Counsel for Defendants, TELIT

OF COUNSEL (*Pro hac vice*)

David A. Lowenstein
Guy Yonay
Clyde A. Shuman
Kyle Auteri
Sara Benowich
PEARL COHEN ZEDEK LATZER BARATZ LLP
7 Times Square, 19th Floor
New York, NY 10036
(646) 878-0800
dlowenstein@pearlcohen.com

Gyonay@pearlcohen.com
Cshuman@pearlcohen.Com
JAuteri@pearlcohen.com
Sbenowich@pearlchoen.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Texas, Waco Division, via the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

/s/ *David N. Deaconson*
**DAVID N. DEACONSON**