# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>TELIT COMMUNICATIONS PLC AND TELIT WIRELESS SOLUTIONS HONG KONG LIMITED,<br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-1336-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE REGARDING UNOPPOSED REQUEST TO EXTEND DEADLINES

Plaintiff American Patents LLC ("American") provides notice to the Court that the parties have agreed to a one-week extension to the deadline for the parties to exchange claim terms for construction. The parties have also agreed to an additional one-week extension for (1) the jurisdictional discovery period, (2) American's response to Defendants' Motion to Dismiss, (3) Defendants' invalidity contentions and production of prior art / core technical documents. Particularly, American and Defendants Telit Communications PLC and Telit Wireless Solutions Hong Kong Limited have agreed to extend the expiration of the jurisdictional discovery period until Friday, August 19, 2022, to extend the deadline for Defendants' invalidity contentions and production of prior art / core technical documents to August 26, 2022, to extend the deadline for the parties to exchange claim terms for construction to August 26, 2022, and to extend the deadline for American to respond to Defendants' Motion to Dismiss until September 2, 2022. Pursuant to the Court's Standing Order Regarding Joint Or Unopposed Requests to Change

Deadlines, counsel for the parties further certify that this extension does not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: August 9, 2022                               Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*

1